HYMAN SIEGEL, Respondent, v. EVA GOLDSTEIN, Appellant.—

Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

HILDA BELL, Appellant, v. FIRTH CARPET COMPANY et al., Respondents.—

Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

EMILY BROGLIE et al., Appellants, v. CITY OF NEW YORK et al., Respondents.

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

MARY EVANS, Respondent, v. MARY C. CANNON, Appellant.—

Assuming, without deciding, that the judgment and stipulation of substitution of attorney served upon defendant's attorney contained irregularities, as neither of such papers was returned, the defects therein were waived. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [See *post*, p. 757.]